BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of:<br><br>XAO & SUE KHANG YANG<br>40380 River Estate Drive<br>Madera, CA 95636-9522<br><br>Ex Parte UNITED STATES OF AMERICA, and<br>REVENUE OFFICER CYNTHIA KALLICH,<br><br>     Applicants for Order. | Case No.  1:12-mc-00041 SKO<br><br>**ORDER AUTHORIZING ENTRY UPON PREMISES TO EFFECT LEVY** |

     The UNITED STATES OF AMERICA and its Revenue Officer, CYNTHIA KALLICH, have applied for an Order to enter upon and into the premises located at 40380 River Estate Drive, Madera, California 95636 for the purpose of searching for, levying upon, and seizing specific assets, to wit, a Bracelet made by Corum won at the 2007 World Series of Poker; and a Corum Watch won at the 2007 World Series of Poker; and similar assets described in the declaration of CYNTHIA KALLICH.

     Upon the showing made by the declaration under penalty of perjury of applicant CYNTHIA KALLICH, the Court finds that there is probable cause to believe that (1) the taxpayer has outstanding federal tax liabilities, (2) the IRS has made notice and demand upon the taxpayer for such federal tax liabilities, (3) the taxpayer has neglected or refused to pay such federal tax liabilities, and (4) assets to which the federal tax liens has attached and subject to levy and seizure, are located on or within said premises.  Entry onto the premises to search for and seize the assets described in the Declaration of the Revenue Officer is reasonable under the circumstances.

1  NOW, THEREFORE, IT IS HEREBY ORDERED that CYNTHIA KALLICH, and/or such
2 other officers, contractors and agents of the Internal Revenue Service of the United States as it may
3 designate, are authorized and directed to enter upon and into the described premises during business
4 hours, or the daytime, within twenty-one (21) days from the date this Order is signed, for the purpose of
5 searching for and seizing the assets described in the Declaration of CYNTHIA KALLICH.
6  It is SO ORDERED this  21st  day of  September , 2012, at Fresno, California.

   /s/ Barbara A. McAuliffe
   UNITED STATES MAGISTRATE JUDGE